In the Matter of MELVIN J., a Person Alleged to be a Juvenile Delinquent, Appellant.

Submitted March 19, 2007; decided May 1, 2007

Motion for leave to appeal dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]). Motion for poor person relief dismissed as academic.

In the Matter of MIGUEL M.-R.B. GRAHAM-WINDHAM, INC., Respondent; MONIQUE B., Appellant.

Submitted March 5, 2007; decided May 1, 2007

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

LEONORA MORAN, Appellant, v REGENCY SAVINGS BANK, F.S.B., et al., Defendants, and ROSENFELD, BERNSTEIN & TANNEN-HAUSER, as Trustee, Respondent. BARRY SISKIN, ESQ., Nonparty Appellant.

Submitted April 9, 2007; decided May 1, 2007

Motion for reargument of motion for leave to appeal denied [*see* 8 NY3d 868]. Cross motion for the imposition of sanctions denied.